IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| ANTONIO MANZO-MADRIGAL, | ) |
|   Movant, | ) |
| vs. | ) Case No. 2:21-cr-00086-SMN: |
| UNITED STATES OF AMERICA, | ) |
|   Respondent, | ) |

**SUPPLEMENTAL ADDENDUM TO MOVANT'S MOTION UNDER 28 U.S.C. §2255
TO VACATE, SET ASIDE, OR CORRECT SENTENCE
BY A PERSON IN FEDERAL CUSTODY:**

**Comes Now,** Antonio Manzo-Madrigal, (hereinafter Movant), and proceeding via pro se representation, respectfully seeks to file this Supplemental Addendum to Movant's Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody.

### FACTS:

On November 2, 2021, Movant mailed via Certified Mail [his] Motion Under 28 U.S.C. § 2255, to the Clerk of Court in Las Vegas, Nevada. This motion was received by the Clerk's Office on November 5th, 2021.

In said motion, Movant invoked the legal doctrine of **Haines v. Kerner,** 404 U.S. 519, (1972) within the initial motion, (as he also does here), in an attempt for the Court to construe said matter in it's most liberal sense.

(-1-)

**Movant** is not learned counsel, and realized that he had made a faux pas, in not adding at the end of his § 2255 motion a "Declaration in Support" statement. Movant asks the Court's indulgence in adding said Declaration in this addendum. Movant was "rushed" in trying to get said Motion out to the Court, as this Institution is under a "RED" status, due to the COVID-19 pandemic, and Movant is allowed very little time in the legal library.

Therefore, the Movant seeks to add to this and to his initial §2255 motion this Declaration in Support statement, for the record.

> I, Antonio Manzo-Madrigal, declare under the penalty
> of perjury that all of the foregoing information both
> in this Supplemental Addendum and my initial § 2255 Motion
> sent on November 2nd, 2021 (via tracking number 7021 1970
> 0000 7563 2334, is true and correct, and that this Supple-
> mental Addendum to that § 2255 Motion was placed in the
> prison mailing system on Tuesday, November 30, 2021.

Executed and signed on  //-30-21

_____
Antonio Manzo-Madrigal
# 22057-424
F.C.I. Pekin
P.O. Box 5000
Pekin, Ill. 61555-5000

### Certificate of Service:

I, Antonio Manzo-Madrigal do hereby attest and swear that I placed the aforegoing Supplemental Addendum to Movant's Motion Under 28 USC § 2255 To Vacate, Set Aside, Or Correct Sentence By a Person In Federal Custody by placing same in a first class pre-paid envelope and mailing it to the Clerk of Court @ 333 Las Vegas Blvd. South in Las Vegas, Nevada 89101 on November 30th, 2021.

_____
Antonio Manzo-Madrigal

(-2-)

Antonio Manzo-Madrigal # 22057-424
Federal Correctional Institution
Post Office Box 5000
Pekin, Illinois 61555-5000



RECEIVED
Legal Mail 2021
Nov 10 2021
FCI PEKIN MAIL ROOM

Clerk of the United States District Court
Lloyd D. George U.S. Courthouse
333 Las Vegas Blvd. South
Las Vegas, Nevada 89101