# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | JUDGMENT |
| v. | Case Number: 2:21-cr-00086-GMN-EJY-1 |
| Antonio Manzo-Madrigal | (Related case: 2:21-cv-02008-GMN) |
| Defendant. | |

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff against Defendant Antonio Manzo-Madrigal.

| | |
|---|---|
| 12/1/2022 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Callo |
| | Deputy Clerk |